# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,     Civil Action No.: 00-74271

        Plaintiff,     HON. PAUL D. BORMAN

v

KIMBERLY M. GREEN

        Defendant.

and,

CATHOLIC SOCIAL SERVICES OF WASHTENAW COUNTY

        Garnishee.
_____/
SHERMETA, ADAMS & VON ALLMEN, P.C.
BY: DEBORAH A. BANFILL (P63179)
Attorneys for Plaintiff
P.O. Box 80883
Rochester Hills, MI 48308
(248) 652-8200
_____

## STIPULATED GARNISHEE ORDER TO PAY

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.

IT IS ORDERED that Garnishee withhold 7% per pay instead of 25% from Defendant's disposable earnings. Garnishee shall forward payments to Plaintiff and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this Court.

**Funds shall be forwarded to : U.S. Department of Justice, P.O. Box 70932, Charlotte, NC**

**28272-0932 and include CDCS# 1999A13946 on each payment.**

The balance due on this account is $902.52 as of April 22, 2008 and interest will continue to accrue at the rate of 6.241%. All funds withheld prior to receipt of this Stipulated Garnishee Order to Pay shall be forwarded to Plaintiff at the address provided. This Order supercedes all previous writs.

IT IS SO ORDERED.

s/Paul D. Borman  
PAUL D. BORMAN  
UNITED STATES DISTRICT JUDGE

Dated: May 7, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 7, 2008.

s/Denise Goodine  
Case Manager
